RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Kory Allen Crossman

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:07-cr-145-KJD-PAL-9 |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEADLINES IN THIS COURT'S APRIL 8, 2015 ORDER BY SIXTY (60) DAYS** |
| vs. | |
| KORY ALLEN CROSSMAN, | |
| Defendant. | |

The United States of America, by Assistant United States Attorney Elizabeth Olson White, and Defendant Kory Allen Crossman, by Assistant Federal Public Defender Nisha Brooks-Whittington, submit the following Joint Stipulation to extend, by sixty (60) days, all of the deadlines set in this Court's Order dated April 8, 2015. *See* CR 1475.

The parties agree and stipulate to the following:

1. On November 26, 2008, this Court sentenced Defendant to 140 months' imprisonment on his conviction for drug-related offenses. CR 437.

2. On March 23, 2015, undersigned counsel filed a motion for appointment of counsel pursuant to 18 U.S.C. § 3006A and Local Rule 44-1 on behalf of Mr. Crossman to determine whether he may qualify to seek a reduction of his sentence in light of Guidelines Amendment 782 and 18 U.S.C. § 3582(c)(2). CR 1474.

3. On April 8, 2015, this Court issued an Order appointing the Federal Public Defender to represent Defendant, and setting deadlines. Specifically, the Court ordered the Probation Office to provide certain documents to the parties within 30 days (i.e., by May 8, 2015) and ordered the Federal Public Defender to file any appropriate motion or stipulation within 120 days (i.e., by August 6, 2015). CR 1475.

4. The parties requested Mr. Crossman's disciplinary hearing and progress report records from the Bureau of Prisons and to date they have not been received. Additional time is requested to receive and review those records prior to filing any motions with the Court.

5. For the reason stated above, the parties respectfully request that the Court issue an order extending the deadlines in the Court's April 8, 2015 Order, by sixty (60) days.

DATED this 6th day of August, 2015.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| /s/ Nisha Brooks-Whittington | /s/ Elizabeth O. White |
| NISHA BROOKS-WHITTINGTON,<br>Assistant Federal Public Defender | ELIZABETH O. WHITE,<br>Appellate Chief and<br>Assistant United States Attorney |

IT IS SO ORDERED.

_____
KENT J. DAWSON, U.S. District Judge
August 17, 2015