# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KORY ALLEN CROSSMAN,

    Defendant.

Case No. 2:07-CR-00145-KJD-PAL

**ORDER**

    Presently before the Court is Defendant's Motion for a Sentence Reduction pursuant to Amendment 782 of 18 U.S.C. § 3582(c)(2) (#1492). Although the Court finds that Defendant is eligible for a sentence reduction pursuant to § 3582(c)(2), Amendment 782, and U.S.S.S.G. § 1B1.10, effective November 1, 2014, Defendant's serious acts of misconduct while in custody - including one for which he is currently under federal indictment in the Eastern District of Texas - suggest that his release could present a threat to public safety. Therefore, the Court denies Defendant's motion for a sentence reduction.

    Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for a Sentence Reduction under Amendment 782 of 18 U.S.C. § 3582(c)(2) (#1492) is **DENIED**.

    DATED this 11th day of May 2016.

_____
Kent J. Dawson
United States District Judge